UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY HARRIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BECHTEL MARINE PROPULSION CORPORATION and FLUOR MARINE PROPULSION, LLC,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00360-JCG<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion to Extend Discovery Deadline (Dkt. 90), Defendants' Reply Memorandum in Opposition to Plaintiff's Motion to Extend Discovery (Dkt. 93), Plaintiff's Reply Memorandum in Support of Motion for Extension of Deadline for Plaintiff to Complete Discovery (Dkt. 94), the Parties' Stipulation to Extend Discovery and Summary Judgment Deadline (Dkt. 96), and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Court's Order (Dkt. 92), entered on December 30, 2024, is **VACATED**; and it is

**ORDERED** that this matter will proceed according to the following schedule:

(1) Defendants shall file a Motion for Protective Order regarding Federal Rule of Civil Procedure 30(b)(6) Deposition(s) by January 29, 2025.  Plaintiff shall file its Response to such motion by February 12, 2025.  Defendants' reply, if any, shall be filed by February 24, 2025.

(2) The deadline for Plaintiff to take depositions shall be sixty days from the date of the Court's Order on Defendants' Motion for Protective Order.

      (3) The deadline for Motions for Summary Judgment shall be ninety days from the date of the Court's Order on Defendants' Motion for Protective Order. Responses to such motions shall be due within twenty-one days. Replies, if any, shall be due within fourteen days of the filing of the Response. And, it is further

**ORDERED** that Plaintiff's Motion to Extend Discovery Deadline (Dkt. 90) is denied as moot.

DATED:  January 15, 2025

                                                  /s/ Jennifer Choe-Groves
                                                Jennifer Choe-Groves
                                                U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.